UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------- X

| | |
|---|---|
| CHARLOTTE FRIEZE ET AL. | : Civil Action No. CV 06 0509 |
| Plaintiffs, | :           (ENV) |
| v. | : **STIPULATION** |
| | **DISMISSING ACTION** |
| THE ABBOTT LABORATORIES, et al., | : **WITH PREJUDICE** |
| Defendants. | : |

------------------------------------------------- X

Whereas, no party hereto is an infant or incompetent person for whom a committee has been appointed;

Whereas, no person not a party has an interest in the subject matter of the action;

Whereas, plaintiff Jill Kern and defendant SmithKline Beecham Corp. (n/k/a "GlaxoSmithKline" but referred to herein as "SmithKline Beecham Corp.")(sued incorrectly herein as "S.E. Massengill n/k/a SmithKline Beecham Corp.") have agreed to settle this action with prejudice and without costs;

83175769A01061109

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiff Jill Kern and for defendant SmithKline Beecham Corp. that the above-entitled action will be dismissed with prejudice as to defendant SmithKline Beecham Corp. and without costs or sanctions against any party.

The Stipulation may be filed without further notice with the Clerk of the Court.

| | |
|---|---|
| Law Offices of Sybil Shainwald<br>200 West 57th Street Suite 402<br>New York, New York  10019 | DAY PITNEY LLP<br>200 Campus Drive<br>Florham Park, New Jersey 07932<br>(973) 966-6300 |
| By: *Sybil Shainwald*<br>Sybil Shainwald<br>Attorney for Plaintiff | By: *John C. Maloney Jr.*<br>JOHN C. MALONEY, JR.<br>Attorney for Defendant SmithKline Beecham Corp. (n/k/a "GlaxoSmithKline" but sued incorrectly herein as "S.E. Massengill Company, n/k/a SmithKline Beecham Corp.") |
| Dated: February 5, 2010 ~~June ___, 2009~~ | Dated: February 5, 2010 ~~June ___, 2009~~ |

Application Granted
SO ORDERED
Brooklyn, New York
~~Dated:~~ 9/1/11

s/ENV
Eric N. Vitaliano
United States District Judge